DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROCHELLE SILVER,**
Appellant,

v.

**BLAIR DIMITRO,**
Appellee.

No. 4D19-3937

[October 22, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502016DR009066.

Rochelle Silver, Wellington, pro se.

Blair Dimitro, North Delray Beach, pro se.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***